IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| *Ex rel.* HAZEL PRACHT and | ) | |
| JENNIFER KRATSON, | ) | |
| | ) | CIVIL ACTION NO. 2:19-cv-00356- |
| Plaintiffs-Relators, | ) | DCN *SEALED* |
| | ) | |
| v. | ) | |
| | ) | **QUI TAM ACTION** |
| LEGACY HEALTHCARE | ) | **PLAINTIFF-RELATORS 26.01** |
| SERVICES, INC., SANRDA HOSKINS, | ) | **RESPONSES TO** |
| THE DEACONESS HEALTH CARE | ) | **INTERROGATORIES** |
| SERVICES CO., and THE DEACONESS | ) | |
| ASSOCIATIONS, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**COMES NOW** Plaintiffs-Relators, Hazel Pracht and Jennifer Kratson ("Relators"), by and through counsel, respond to the Interrogatories required by Rule 26.01 of the Local Civil Rules (D.S.C.) as follows:

(A)     State the full name, address and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

**RESPONSE: At this time, Relators are not aware of any persons or entities that may have a subrogation interest in the claims of this action.**

(B)     As to each claim, state whether it should be tried jury or nonjury and why.

**RESPONSE:  All of the claims alleged in Relators' Complaint should be tried by a jury, because they seek monetary damages and have demanded a jury trial.**

(C)     State whether the party submitting these responses is a publicly owned company and separately identify: (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the

1

outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

    **RESPONSE:  Not applicable.**

    (D)    State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

**RESPONSE:  This action was filed by Relators in the Charleston Division of the United States District Court for the District of South Carolina because a substantial part of the events or omissions giving rise to the claims occurred in the Division, and/or one or more of the corporate Defendants does business relating to the events or omissions alleged within the Division.**

    (E)    Is this action related in whole or in part to any other matter filed in this district, whether civil or criminal? If so, provide (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action. Counsel should disclose any cases that *may be* related regardless of whether they are still pending. Whether cases *are* related such that they should be assigned to a single judge will be determined by the clerk of court based on a determination of whether the cases arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

    **RESPONSE:  At this time, Relators are not aware of any related actions filed in the District of South Carolina.**

*Signatures on the Following Page*

        Respectfully submitted,

        **BOWERS LAW OFFICE LLC**

        /s/ Karl S. Bowers, Jr.
        Karl S. Bowers, Jr. (Fed. Bar No. 7716)
        Bowers Law Office
        Post Office Box 50549
        Columbia, South Carolina 29250
        (803) 753-1099 (phone)
        (803) 250-3985 (fax)
        butch@butchbowers.com

        *Counsel for Plaintiff-Relators*

February 7, 2019
Columbia, South Carolina

        **MILLER LAW GROUP, PLLC**

        s/ W. Stacy Miller, II
        W. Stacy Miller, II (pending admission *pro hac vice*)
        Miller Law Group, PLLC
        Post Office Box 1769
        Raleigh, North Carolina 27612
        Telephone: (919) 348-4361
        Telecopier: (919) 729-2953
        E-Mail: stacy@millerlawgroupnc.com
        N.C. State Bar No. 21198

        s/ Blannie Cheng
        Blannie Cheng (pending admission *pro hac vice)*
        Miller Law Group, PLLC
        Post Office Box 1769
        Raleigh, North Carolina 27612
        Telephone: (919) 348-4361
        Telecopier: (919) 729-2953
        E-Mail: blannie@millerlawgroupnc.com
        N.C. State Bar No. 41156