# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| United States of America *ex rel.* Hazel Pracht and Jennifer Kratson, | ) Case No. 2:19-cv-00356-DCN<br>)<br>) |
| Plaintiffs-Relators, | )<br>) |
| v. | )<br>) |
| Legacy Healthcare Services, Inc., Sandra Hoskins, The Deaconess Health Care Services Co., and The Deaconess Associations, Inc., | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

## **ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

**IT IS ORDERED** that,

1. The complaint be unsealed, and that the Relators, Hazel Pracht and Jennifer Kratson, serve the complaint upon the Defendants, Legacy Healthcare Services, Inc., Sandra Hoskins, The Deaconess Healthcare Services Co. and The Deaconess Associations, Inc.;

2. The Relators serve this Order and the Government's Notice of Election to Decline Intervention, with the complaint;

3. The seal be lifted as to all other papers filed in this action, with the exception of the Government's requests to extend the seal (ECF Nos. 6, 10, 13, 17 and 20);

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States

may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

5. The parties shall serve all notices of appeal upon the United States;

6. All orders of this Court shall be sent to the United States; and that

7. Should the Relators or the Defendants propose that this action be dismissed, settled, or otherwise discontinued, either the Relators or the Defendants will solicit the written consent of the United States before presenting the matter to this Court for its ruling or granting its approval.

**IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

January 24, 2022
Charleston, South Carolina