## IN THE UNITED STATES DISTRICT
## COURT FOR THE DISTRICT OF SOUTH CAROLINA
## CHARLESTON DIVISION

THE UNITED STATES OF AMERICA

*Ex rel.* HAZEL PRACHT and
JENNIFER KRATSON,

                   Plaintiffs-Relators*,*

     v.

LEGACY HEALTHCARE
SERVICES, INC., SANDRA HOSKINS,
THE DEACONESS HEALTH CARE
SERVICE, CO., and THE DEACONESS
ASSOCIATIONS, INC.,

                   Defendants.

CIVIL ACTION NO. 2:19-cv-00356-DCN

PLANTIFF'S NOTICE OF VOLUNTARY
DISMISSAL WITH PREJUDICE

**FILED UNDER SEAL PURSUANT
TO 31 U.S.S § 3730(b)(2)**

Plaintiffs Hazel Pracht and Jennifer Kratson hereby give notice of voluntary dismissal of their claims in this case, with prejudice, as to all Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). In support, Plaintiffs respectfully show the Court as follows:

1.      In a sealed Complaint filed February 6, 2019 the Plaintiffs sought judgment against the Defendants under 31 U.S.C. 3730 (c) and (d) and N.C. Gen. Stat § 1-607(a)(3) on the basis that they were involved in making false claims against Medicare and Medicaid.

2.      The Government consents to the Voluntary Dismissal With Prejudice.

3.      Defendants have not filed an Answer or Motion for Summary Judgment, and therefore, neither an order from the Court nor a stipulation among the parties is necessary for a dismissal with prejudice.

Accordingly, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby respectfully gives notice of voluntary dismissal of their claims in this case, with prejudice, as to all Defendants named herein.

Respectfully submitted, this the 29th day of July, 2022.

Respectfully submitted,


**BOWERS LAW OFFICE, LLC**


s/ Karl S. Bowers, Jr._____
Karl S. Bowers, Jr.
Bowers Law Office LLC
Fed. Bar No.: 7716
Post Office Box 50549
Columbia, SC 29250
Telephone: 803.753.1099
Facsimile: 803.250.3985
Email: butch@butchbowers.com